**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE WYOMIA P. TURNER | CASE NO. 22-11280 |
| DEBTOR | CHAPTER 13 |

**CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S**
**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
**CONCERNING THE TREATMENT OF CLAIM SECURED BY A**
**2014 HYUNDAI SONATA SEDAN 4D GLS 2.4L I4**

Capital One Auto Finance, a division of Capital One, N.A. ("Creditor") files this Objection to Confirmation of Chapter 13 Plan in the above-captioned bankruptcy case filed by Wyomia P. Turner ("Debtor") and asserts as follows:

1. Creditor holds a security interest in the vehicle of Debtor identified as a 2014 Hyundai Sonata Sedan 4D GLS 2.4L I4, VIN: 5NPEB4AC6EH928129 (the "Collateral"). Copies of the Motor Vehicle Retail Installment Sales Contract entered into on March 02, 2018 and Title Documentation are attached as Exhibits "A" and "B" respectively.

2. The Collateral was acquired for the personal use of Debtor.

3. The balance owed at the time petition was filed is $6,590.88, as shown in timely-filed Claim No. 8.

4. The Chapter 13 Plan ("Plan") fails to provide treatment for the Collateral.

5. Creditor objects to the Plan filed by Debtor because (1) the Plan fails to pay the full replacement value of the Collateral; (2) the Plan fails to pay the applicable prime plus interest rate; and/or (3) the Plan does not provide for equal monthly payments to Creditor.

6. The estimated replacement value based on the average value of retail and wholesale value for the collateral is $9,587.50. A copy of the vehicle valuation is attached as Exhibit "C."

7. To the extent that the Plan does not pay the full value of the claim, Creditor objects to the confirmation of the Plan.

8. In addition, the debtor must pay the present value of the secured claim by paying the creditor a

discount rate of interest as measured by the formula rate expressed by the United States Supreme Court in *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004). See also *Drive Fin. Servs., L.P. v. Jordan*, 521 F.3d 343 (5th Cir. 2008) (applying prime plus rate to vehicle lender's claim).

9. At the time of filing this objection, the prime rate of interest was 6.250%. To the extent that the Proposed Plan proposes to pay less than the Till rate of prime plus 2.000%, Respondent objects to the confirmation of the Plan.

10. Capital One Auto Finance, a division of Capital One, N.A. further objects to confirmation of the debtors' plan in that the plan does not provide for equally monthly payments beginning in month 1 of the Plan nor does it provide for sufficient adequate protection payments on Capital One Auto Finance, a division of Capital One, N.A.'s secured claim, and suggests that it is entitled to received payments beginning with the first plan payment.

**WHEREFORE,** Creditor asks the Court to deny confirmation of the Chapter 13 Plan filed by Debtor, and dismiss the Chapter 13 case, or, in the alternative, convert the case to a case under Chapter 7 of the Bankruptcy Code.

Creditor asks for such other and further relief to which it is justly entitled.

Dated: December 21, 2022

Respectfully submitted:

*/s/Earl F. Sundmaker, III*
**EARL F. SUNDMAKER, III**
State Bar #24226
THE SUNDMAKER FIRM, L.L.C.
1027 Ninth Street
New Orleans, LA 70115
(504) 568-0517 (phone)
(504) 568-0519 (fax)
trey@sundmakerfirm.com

Attorney for Creditor
Capital One Auto Finance,
a division of Capital One, N.A.

**Certificate of Service**

    I hereby certify that on December 21, 2022, a true and correct copy of the above Objection to Confirmation of Chapter 13 Plan shall be served via electronic means, if available, or as otherwise noted by regular, first class mail, to:

*Debtor(s) via US Mail:*
Wyomia P. Turner
1437 Pauline St.
New Orleans, LA 70117

*Counsel for Debtor(s) via ECF:*
Jack W. Jernigan, III
The Jernigan Law Firm, L.L.C.
829 Baronne Street
New Orleans, LA 70113
jack.jernigan@gmail.com

*Chapter 13 Trustee via ECF:*
S. J. Beaulieu, Jr.
433 Metairie Road, Suite 307
Metairie, LA 70005
ecf@ch13no.com

*US Trustee via ECF:*
Office of the U.S. Trustee
400 Poydras Street,
Suite 2110
New Orleans, LA 70130
USTPRegion05.NR.ECF@usdoj.gov

                */s/ Earl F. Sundmaker, III*
                Earl F. Sundmaker, III

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number: _____ Contract Number: _____

| Buyer Name and Address (Including Parish and Zip Code) | Co-Buyer Name and Address (Including Parish and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| WYOMIA P TURNER<br>1437 PAULINE STREET<br>NEW ORLEANS, LA 70117 ORLEANS | N/A | RAINBOW CHRYSLER DODGE JEEP LLC<br>301 River highland Blvd<br>Covington, LA 70433 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed plus Prepaid Finance Charges, if any (your Principal Balance), and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at a Base Rate of __8.75%__ per year. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Body Style | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2014 | HYUNDAI SONATA | 4DR SD | 5NPEB4AC6EH928129 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural _____ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 1,000.00 is |
|---|---|---|---|---|
| 8.76 % | $ 4,314.94 | $ 14,676.50 | $ 18,991.44 | $ 19,991.44 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| | | Monthly beginning |
| 72 | 263.77 | 04/16/18 |
| N/A | N/A | N/A |

Or As Follows:

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __10.00__ or __5__ % of the part of the payment that is late, whichever is greater.
**Prepayment.** If you pay off all your debt early, you may have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including $ __1,150.00__ sales tax) ........................ $ 12,550.00 (1)
2. Total Downpayment =
   - Trade-in __N/A__
     (Year)  (Make)  (Model)
   - Gross Trade-In Allowance ........ $ __N/A__
   - Less Pay Off Made By Seller .... $ __N/A__
   - Equals Net Trade In ................... $ __N/A__
   - + Cash .................................... $ 1,000.00
   - + Other ................................... $ __N/A__
   (If total downpayment is negative, enter "0" and see 4J below) ........ $ 1,000.00 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ............................... $ 11,650.00 (3)
4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   - A Cost of Optional Credit Insurance Paid to Insurance
     Company or Companies
     - Life ........................... $ N/A
     - Disability ................ $ N/A .............................. $ N/A
   - B Other Optional Insurance Paid to Insurance Company or Companies ...... $ N/A
   - C Official Fees Paid to Government Agencies ................................. $ N/A
   - D Optional Gap Contract .......................................................... $ 564.00
   - E Government Taxes Not Included in Cash Price .......................... $ N/A
   - F Government License and/or Registration Fees
     REG/LICENSE FEES ........................................................... $ 61.00
   - G Government Certificate of Title Fees ....................................... $ 68.50
   - H Electronic Lien and Title Services Fee Paid to CASEY & CASEY .. $ 23.00
   - I Government Waste Tire Fee ................................................... $ 10.00
   - J Other Charges (Seller must identify who is paid and describe purpose)
     - to __N/A__ for Prior Credit or Lease Balance .......... $ N/A
     - to RAINBOW CHRYSLER for DOC FEE ......................... $ 200.00
     - to LOS/SERVICE CONT for SERVICE CONTRACT ........... $ 2,000.00
     - to N/A for N/A .......................................................... $ N/A
     - to N/A for N/A .......................................................... $ N/A
     - to N/A for N/A .......................................................... $ N/A
     - to N/A for N/A .......................................................... $ N/A
     - to N/A for N/A .......................................................... $ N/A
     Total Other Charges and Amounts Paid to Others on Your Behalf ..... $ 3,026.50 (4)
5. Prepaid Finance Charge ................................................ $ N/A (5)
6. Amount Financed (3 + 4 - 5) ........................................ $ 14,676.50 (6)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 6, is paid in full on or before __N/A__ Year. SELLER'S INITIALS __N/A__

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.
If a payment is not received in full within __N/A__ days after it is due, you will pay a late charge of $ __N/A__ or __N/A__ % of the part of the payment that is late, whichever is less.
If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __72__ Mos. NAC _____ Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X /s/ Wyomia Turner

**Returned Payment Charge:** If any check you give us or electronic payment you make is returned unpaid, you will pay us a charge of 5% of the amount of the check or electronic payment, or $15, whichever is less.

### Insurance.
You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is authorized to sell such insurance in Louisiana. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

#### Optional Credit Insurance
☐ Credit Life: ☐ Buyer ☐ Co-Buyer
            ☐ Both
Term __N/A__ months Premium: $ __N/A__
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer
            ☐ Both
Term __N/A__ months Premium: $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance pays all or part of the amount you owe under this contract if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays all or part of the payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. See the policies or certificates from the named insurance companies for the details of the coverage these types of insurance provide, and for other terms and conditions.

#### Other Optional Insurance
☐ __N/A__    __N/A__
Type of Insurance    Term
Coverage (Describe) __N/A__ __N/A__
Premium $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__

☐ __N/A__    __N/A__
Type of Insurance    Term
Coverage (Describe) __N/A__
Premium $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__

☐ __N/A__    __N/A__
Type of Insurance    Term
Coverage (Describe) __N/A__
Premium $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__

☐ __N/A__    __N/A__
Type of Insurance    Term
Coverage (Describe) __N/A__
Premium $ __N/A__
Insurance Company Name __N/A__
Home Office Address __N/A__

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above
X /s/ Wyomia Turner    03/02/18
Buyer Signature         Date
X N/A                   N/A
Co-Buyer Signature       Date

Any insurance referred to in this contract does not include coverage for personal liability and property damage caused to others. This insurance will not provide the coverage required by Louisiana law (see Chapter 5 of Title 32 of the Louisiana Revised Statutes of 1950, La.R.S. §32:851 et seq.). Louisiana law requires all motorists to be covered by an automobile liability policy with legally prescribed liability limits. Failure to obtain insurance that meets those limits will subject you to penalties, which may include the suspension or revocation of driving privileges.

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

## BUYER'S WAIVER OF WARRANTIES - "AS IS" SALE
Unless we give you a written warranty or enter into a service contract with you within 90 days from the date of this contract, we make no warranties, express or implied, on the vehicle and you waive all such warranties, including any express or implied warranty of fitness for a specific or ordinary purpose, warranty of merchantability, warranty of fitness for the particular purpose of your intended use, and any warranty that the vehicle is free from hidden, latent or redhibitory defects. You also waive any right that you may have to demand that the sale be cancelled (rescinded) or seek a reduction of the Cash Price for the vehicle for breach of any implied warranties. If the vehicle is new, you accept the manufacturer's separate written new product warranty as your exclusive warranty with respect to the sale, and you acknowledge that you received a copy of it.
The above waiver of warranties has been read by me and explained to me in a manner that I understand and I knowingly consent to the waivers.
Buyer: X /s/ Wyomia Turner    Co-Buyer: X _____

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X /s/ Wyomia Turner Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.
Do not sign this contract on a Sunday.
**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.
You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled in copy when you signed it.

Buyer Signs X /s/ Wyomia Turner Date 03/02/18 Co-Buyer Signs X _____ Date _____
**Co-Buyers and Other Owners** — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X _____ Address _____
Seller signs RAINBOW CHRYSLER DODGE JEEP LLC Date 03/02/18 By X _____ Title _____

Seller assigns its interest in this contract, including without limitation, its rights as secured party under this contract, to CAPITOL ONE AUTO FINANCE (Assignee), located at PO BOX 660068 SACRAMENTO, CA 95866 (address of Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    ☐ Assigned without recourse    ☐ Assigned with limited recourse

Seller RAINBOW CHRYSLER DODGE JEEP LLC By _____ Title _____

LAW ©2013 The Reynolds and Reynolds Company. TO ORDER: www.rrycl.com, 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

**ORIGINAL LIENHOLDER**

Exhibit A

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will earn the Prepaid Finance Charge as fully earned on the date of this contract. Prepaid Finance Charges will not be refunded if you prepay in full or if we ask you to pay all you owe at once under this contract unless the law requires a refund. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of the unpaid part of your Principal Balance at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. You agree that we have the option to impose a prepayment charge of $25 at the time you prepay this contract in full, or if we demand that you pay all you owe under this contract at once.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
      You give us a security interest in:
      • The vehicle and all parts or goods put on it;
      • All money or goods received (proceeds) for the vehicle;
      • All insurance, maintenance, service, or other contracts we finance for you; and
      • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
      This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.
   d. **Insurance you must have on the vehicle.**
      You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and charge you must pay. You agree that the charge will be the premiums for the insurance and a finance charge computed at the Base Rate shown on the front of this contract.
      If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
      • You do not pay any payment on time;
      • You give false, incomplete, or misleading information on a credit application;
      • You start a proceeding in bankruptcy or one is started against you or your property; or
      • You break any agreements in this contract.
      The amount you will owe will be the unpaid part of the Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

   c. **You may have to pay attorney's fees and collection costs.** If we hire an attorney to collect what you owe or to enforce this contract, you will pay the attorney's fees. If you purchased the vehicle for personal, family or household purposes, the attorney's fees you owe will not exceed 25% of the total amount payable under this contract. You will also reimburse us for our out-of-pocket collection costs and expenses in collecting what you owe and enforcing our security interest under this contract.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice and wait the time the law requires. If the vehicle is located outside of Louisiana, we may, at our option, take (repossess) the vehicle from you under the law of the state in which the vehicle is located. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
      We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay the amount when we ask, we may charge you interest on that amount until you pay at the Base Rate shown on the front of this contract.
   g. **Legal proceedings.** If you default, we may choose to institute executory, ordinary, or other legal proceedings to have the vehicle taken from you and sold to satisfy your obligations to us.
      To enable us to pursue legal process you:
      1. Acknowledge the amount you owe under this contract, **CONFESS JUDGMENT** for the full amount you owe under this contract, and consent to a judgment being rendered and signed in our favor for that amount. The amount you owe under this contract includes the Principal Balance and Finance Charges, attorney's fees, late fees, and collection costs, in addition to any other amounts provided for under this contract or by law. We will not use this confession of judgment for any purpose other than Louisiana executory process.
      2. Waive (give up), to the extent permitted by law, appraisal of the vehicle and related rights when the vehicle is sold under executory process or other legal process under Articles 2332, 2336, 2723, and 2724 of the LCCP and any other law that may give you similar rights and benefits.
      3. Authorize us to appoint a keeper of the vehicle under La.R.S. §§ 9:5136 through 9:5140.2. et seq., if the vehicle is taken from you through legal proceedings. You authorize us to appoint ourselves or someone else we choose as keeper.
   h. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
   **Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

5. **SERVICING AND COLLECTION CONTACTS**
   You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

6. **APPLICABLE LAW**
   Federal law and Louisiana law apply to this contract.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Exhibit A

**dealertrack** title management system

Search  Work Queues  Reports  Utilities  User Setup

Home  Help  Resources  Contact  Log out

Perfected

## Account

| | | | | | | |
|---|---|---|---|---|---|---|
| VIN/HIN: **5NPEB4AC6EH928129** | Status: **Perfected (PT)** | Titling State: **LA** | Year: **2014** | | | |
| Account: | Loan: | LoanSuffix: | Branch: | Make: **HYUN SONA** | Model: **TA** | |

**LOAN**

Overview

| | | | |
|---|---|---|---|
| Primary customer: **TURNER, WYOMIA P** | | Recovery type: | |
| Secondary customer: | | Recovery Status date: | |
| Home phone: | | Amount Financed: **14676.50** | |
| Address: **1437 PAULINE ST** | | Financed date: **03/07/2018** | |
| **NEW ORLEANS, LA 701175645** | | Booked date: **03/07/2018** | |
| Alert when perfected: Client CMS | | Expected payoff date: **07/16/2024** | |
| Originator: **PLA** | | Payoff date: | |
| App. ID: | | Perfected date: **4/11/2018** | |
| User Defined 3: | | Loan Balance | |
| Lienholder Status Code: | | State: **LA** | |
| Business Unit: | | Account subtype: Loan (F) | |
| Dealer ID/Name: **RAINBOW CHRYSLER DODGE JEEP LL** | | Expected Contract Type: | |

Customers

| Edit | 1 | | TURNER, WYOMIA P | PERSON | | | 1437 PAULINE ST |
|---|---|---|---|---|---|---|---|
| | | | | | | | NEW ORLEANS LA 701175645 |

Property

| 5NPEB4AC6EH928129 | HYUN SONA | TA | 2014 | | | | | VEH |
|---|---|---|---|---|---|---|---|---|

Dealer Info

| | | | |
|---|---|---|---|
| ID: | | Type: **DEALER** | |
| Name: **RAINBOW CHRYSLER DODGE JEEP LL** | | Status: **ACTIVE** | |
| Address: **301 RIVER HIGHLAND BLVD** | | Dealership: | |
| **COVINGTON, LA 70433** | | Contact Name: **JOE PURVIS** | |
| Phone: | | Contact Phone: | |
| Fax: | | Note: | |
| EMail: | | | |

Lien Filing

https://title.fdielt.com/AccountView/AccountCollateralView.aspx?view=AccountCollateralView                       1/3

Exhibit B

Release
Duplicate Title

Request Date:    Action Date:
Status:    Last Worked By:
State:    Required State Forms:
Reason    Requesting Dept:
Operations Code:    Billable:

Follow Up

Client Activities

Direct Lending Services
Additional Documents

Additional Documents do not exist for this account

Obsolete Docs

Title                              Actions

VIN/HIN: **5NPEB4AC6EH928129**    State: **LA**    Title Number:
Year: **2014**    Make/Builder: **HYUN**    Model:

Title-Electronic
Perfecting

Overview

Owner(s): **WYOMIA P TURNER**    Closed Date:
Lienholder: **Capital One Auto Finance**    Closed Reason:
Match Type: **AUTOMATIC**    Document Location:
Match Date: **4/11/2018**    Domicile Code
Issuance Date: **4/10/2018**
Imported Date: **4/11/2018**

Owners
Property
Liens

| Capital One Auto Finance | PO BOX 660068 Sacramento, CA 95866 | | 4/6/2018 |
|---|---|---|---|

Title Maint

Exhibit B

Notes (Date/Time stamps in this section reflect Pacific Time)     [Add Note]

**Notes**

◉ Show All   ◯ Show User Notes Only   ◯ Show Activity History Only

| | | | | |
|---|---|---|---|---|
| 11/16/2021 03:42 AM | System | Client Import | Imports | Updated account from file 'coaf.fdi.dly.upld', line number ▉ |
| 11/15/2021 03:09 AM | System | Client Import | Imports | Updated account from file 'coaf.fdi.dly.upld', line number ▉ |
| 03/22/2021 03:23 AM | System | Client Import | Imports | Updated account from file 'coaf.fdi.dly.upld', line number ▉ |
| 01/12/2021 03:28 AM | System | Client Import | Imports | Updated account from file 'coaf.fdi.dly.upld', line number ▉ |
| 05/14/2019 02:28 PM | System | Client Import | Modified Branch | Modified branch value from ▉ |
| 05/14/2019 02:28 PM | System | Client Import | Imports | Updated account from file 'coaf.fdi.dly.upld', line number ▉ |
| 04/11/2018 12:29 AM | System | Client Export | Send Upload File | Sent upload file to Lender. |
| 04/11/2018 12:29 AM | System | State Import | Create Title | Received electronic document from State. |
| 04/11/2018 12:29 AM | System | State Import | Perfect Account | Account and Document were automatically matched. |
| 03/08/2018 04:22 AM | System | Client Import | Create Account | Account created via a Client Import file. |

**Work Items**

Exhibit B

# N.A.D.A. Official Used Car Guide
# Vehicle Valuation
Print Date: December 3, 2022

Customer: Turner, Wyomia

File No.: COAF-1468603

Vehicle Description: 2014 Hyundai Sonata Sedan 4D GLS 2.4L I4
VIN: 5NPEB4AC6EH928129

## Base Values

Retail: $ 10725.00     Wholesale/Trade-in: $ 8450.00

## Optional Equipment/Adjustments

Estimated Miles     112500     $     0.00

## Total Adjusted N.A.D.A. Used Car Guide Values

Retail: $ 10725.00     Retail/Wholesale Average: $ 9587.50

Reference  10/2022 Southwestern

Exhibit C