# United States Bankruptcy Court

Eastern District of Louisiana

---

| | |
|---|---|
| WYOMIA P. TURNER<br>1437 PAULINE ST.<br>NEW ORLEANS LA  70117 | **22-11280**<br>Chapter 13<br>Section A |

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

The hearing on confirmation is set for January 11, 2023 at 11:00 a.m..

Attorney for debtor:

JACK W JERNIGAN III
jack.jernigan@gmail.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

01/04/2023                by: /s/ Tori Kreger