# United States Bankruptcy Court

## Eastern District of Louisiana

WYOMIA P. TURNER
1437 PAULINE ST.
NEW ORLEANS LA  70117

**22-11280**
Chapter 13
Section A

## TRUSTEE'S OBJECTION TO CONFIRMATION

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who respectfully recommends that the Court deny confirmation of this case for the following reason or reasons:

Proposed plan is unfeasible

The hearing on confirmation is set for January 11, 2023 at 11:00 a.m..

Attorney for debtor:

JACK W JERNIGAN III
jack.jernigan@gmail.com

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

---

### CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

01/04/2023          by:  /s/ Tori Kreger