# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| WYOMIA P. TURNER<br>1437 PAULINE ST.<br>NEW ORLEANS LA 70117 | 22-11280<br>Chapter 13<br>Section A |

## TRUSTEE'S MOTION TO DISMISS CASE and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who prays that this case be dismissed for the following reason or reasons:

Confirmation of Chapter 13 Plan is Denied

NOTICE IS HEREBY GIVEN that a hearing on this motion is scheduled for:

February 08, 2023 at 9:00 am.

at the *SECTION A TeleConference Line: 1-504-517-1385 Access Code 129611.

Objections to the motion must be filed with the Clerk of Court, with service upon the Trustee, the debtor and debtor's counsel no later than seven days before the hearing. If no timely objection is filed, the court may grant the relief requested without the necessity of a hearing.

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

Attorney for debtor:
JACK W JERNIGAN III
jack.jernigan@gmail.com

---

**CERTIFICATE OF SERVICE**

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by email and/or first class mail upon the debtor, at the addresses listed herein.

01/12/2023           by: /s/ Tori Kreger