**Form odc13grL**

## United States Bankruptcy Court
### Eastern District of Louisiana

| | |
|---|---|
| **IN THE MATTER OF** | **CASENUMBER** |
| Wyomia P. Turner | 22−11280 |
| DEBTOR(S) | CHAPTER 13   SECTION A |

### ORDER

Hearing on the Chapter 13 Trustee's Motion to Dismiss Case was held on 8th day of February 2023 .

   Confirmation of Chapter 13 Plan is Denied

Present at the hearing:

   Jack W. Jernigan III, Counsel for Debtor(s)

   Andrew Wiebelt Jr, Counsel for Chapter 13 Trustee

The Court having considered the merits of the Motion, the record herein, the argument of counsel, as well as the evidence, stipulations, and representations made; and,

For the reasons orally stated,

**IT IS ORDERED** that the Chapter 13 Trustee's Motion to Dismiss Case is **Granted** and the bankruptcy case for the above captioned debtor(s) is **DISMISSED**.

**IT IS FURTHER ORDERED** that the stay resulting from the filing of this case is **SET ASIDE AND VACATED**.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

**IT IS FURTHER ORDERED,** that all pending motions or other matters on the calendar for this case are cancelled as MOOT, with the exception of applications for compensation and pending hearings on Trustee's final account.

   New Orleans, Louisiana, February 8, 2023.

Meredith S. Grabill
UNITED STATES BANKRUPTCY JUDGE